HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ROBERTO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:26-cr-00011-JAM |
| Plaintiff, | ) | |
| vs. | ) | **FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ROBERTO HERNANDEZ, | ) | |
| Defendant. | ) | Date: May 5, 2026 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special Assistant United States Attorney Brad Ng, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Roberto Hernandez, that the status conference, currently scheduled for March 3, 2026, be re-set to May 5, 2026 at 9:00 a.m before Judge John A. Mendez.

Defense Counsel requests the additional time to review the discovery which includes materials involving sealed search warrants.  The government has no objection to this continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 5, 2026;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

//

-1-

Counsel and the defendant agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  February 13, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ROBERTO HERNANDEZ

Dated:  February 13, 2026

ERIC GRANT
United States Attorney

*/s/ Brad Ng*
BRAD NG
Special Assistant U.S. Attorney
Attorney for Plaintiff

-2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 5, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 3, 2026 status conference shall be **RESET** for **May 5, 2026, at 9:00 a.m.** before Judge John A. Mendez.

Dated: February 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

-3-